UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

SEAN M. DONAHUE, : CIVIL ACTION NO. 3:13-CV-1327
    Plaintiff :
: (JUDGE NEALON)
v. : (MAGISTRATE JUDGE BLEWITT)
:
RISTOWSKI, ET AL., :
:
    Defendants :

FILED
SCRANTON
JUL 30 2013
PER _____
DEPUTY CLERK

## ORDER

NOW, THIS 30th DAY OF JULY, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 9), is **ADOPTED**:

    A. The Complaint, (Doc. 1), is **DISMISSED with prejudice**;

    B. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 4), is **GRANTED** for the sole purpose of filing this action;

2. Plaintiff's motion to appoint counsel, (Doc. 10), is **DENIED**;

3. The Clerk of Court is directed to **CLOSE** this case; and

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith.

_____
United States District Judge